**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:       In re Arthur David Lowe, Relator

Appellate case numbers:    01-17-00624-CR & 01-17-00625-CR

Trial court case numbers:  659154 & 659156

Trial court:               339th District Court of Harris County

The panel has voted to deny relator's "Motion for Rehearing from Original Proceeding on Petition for Writ of Mandamus" of the memorandum opinion issued on September 28, 2017.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ Evelyn V. Keyes
                    Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Keyes and Brown.

Date:  October 24, 2017